No. 16,288.

IRELAND *v.* IRELAND.
(211 P. [2d] 831)

Decided November 7, 1949.

PER CURIAM.

Judgment affirmed en banc without written opinion, Mr. Chief Justice Hilliard and Mr. Justice Hays, not participating.

Mr. NEIL HORAN, for plaintiff in error.

Mr. BENJAMIN C. HILLIARD, JR., Mr. BERNARD E. ENGLER, Mr. BARKLEY L. CLANAHAN, for defendant in error.